AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.:<br>MK-16-0045 | Date and time warrant executed:<br>05/22/2019 at 7:05 a.m. | Copy of warrant and inventory left with:<br>On kitchen table |
|---|---|---|

Inventory made in the presence of:
TFO Joseph Hartley and GS Thomas Miller

Inventory of the property taken and name of any person(s) seized:

1. One black iPhone from room #1 table.
2. Glock-19 9mm handgun from master bedroom.
3. Handgun case with 2 magazines from room #9 closet.
4. 60 marijuana plants from basement.
5. 20 light/ballast combinations from basement.
6. Unknown quantity of U.S. currency from room #15.
7. Approximately 5 pounds dry/processed marijuana from laundry room.
8. Unknown quantity of U.S. Currency from room #9 closet.
9. Unknown quantity of U.S. currency from room #7 nightstand.
10. One white iPhone from room #7 desk.
11. One black Samsung phone from room #7 desk.
12. One silver and white iPad from room #7 desk.
13. One off white Sony laptop from room #7 desk.
14. 1 large silver and white iPad from room #1.
15. Undetermined quantity dried marijuana in a jar.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
05/23/19
JEFFREY P. COLWELL, CLERK

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/23/2019

_____
Executing officer's signature

RAY PADILLA   TFO
Printed name and title